(113 So. 626)

## BERRY v. STATE. (8 Div. 541.)

Court of Appeals of Alabama. June 7, 1927.

Rehearing Denied June 30, 1927.

Milo Moody, of Scottsboro, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J. Defendant was convicted of burglary. The corpus delicti was proven. There was evidence tending to prove that defendant was in possession of some of the goods stolen from the store at the time of the burglary. There was an effort on the part of defendant to explain this possession. This was a jury question.

We find no prejudicial error in the rulings of the court or in the record, and the judgment is affirmed.

Affirmed.